# <u>Weisberg Law, P.C.</u>
## also t/a Consumer Justice Alliance
*Attorneys at Law*

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Philadelphia County, Pennsylvania
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

Camden County, New Jersey
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

Web-Site: **www.weisberglawoffices.com**
E-Mail: mweisberg@weisberglawoffices.com

*Matthew B. Weisberg*\*^
Graham F. Baird^
Robert P. Cocco~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

*Wednesday, August 31, 2011*

**VIA ECF**
Magistrate Judge Karen M. Williams

  RE: <u>Michael French v. John Doe Officer No. 1, et al.</u>
      No.: 11-1009

Dear Judge Williams:

  I write to advise that the parties have conferred pursuant to L. Civ. R. 26.1 (b)(2) and 26.1(d) concerning the discovery of digital information and the parties have agreed that we do not anticipate the need for any computer-based discovery or other digital discovery in the above captioned matter.

                    Sincerely,

                    /s/ Graham F. Baird
                    GRAHAM F. BAIRD

GFB/hcm
Cc: Cristina Martinez (Via Fax: 973-530-2320)