IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHAEL FRENCH,<br><br>        Plaintiff,<br><br>    v.<br><br>TROOPER J.T. SQUIRE-TIBBS,<br>et al.,<br><br>        Defendants. | Civil No. 11-1009-JEI-KMW |

## AMENDED SCHEDULING ORDER

      This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **May 2, 2012**; and the Court noting the following appearances: Matthew Weisberg, appearing on behalf of the plaintiff; and Cristina Martinez, Esquire, and Christopher Paldino, Esquire, appearing on behalf of the defendant; and for good cause shown:

      IT IS this **14th** day of **August, 2012**, hereby **ORDERED**:

      1.  Depositions of proposed expert witnesses shall be concluded by **October 1, 2012**.

      2.  **Dispositive Motions**.  Dispositive motions shall be filed with the Clerk of the Court no later than **October 15, 2012**.  Opposition to the motion should be served in a timely fashion.  Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

      3.  Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc:  Hon. Joseph E. Irenas