IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHAEL FRENCH,<br><br>              Plaintiff,<br><br>     v.<br><br>TROOPER J.T. SQUIRE-TIBBS,<br>et al.,<br><br>              Defendants. | Civil No. 11-1009-JEI-KMW |

**SCHEDULING ORDER FOR FINAL PRE-TRIAL CONFERENCE**

      This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **July 9, 2013**; and the Court noting the following appearances: Graham Baird, Esquire, appearing on behalf of the plaintiff; and Christopher Paldino, Esquire, appearing on behalf of the defendant,

      IT IS on this **9th** day of **July, 2013**, hereby **ORDERED**:

      1.   The Final Pretrial Conference shall be conducted on **September 10, 2013 at 11:30 a.m. in Room 2040.** The form Joint Final Pretrial Order (original and two copies for the court, with sufficient copies for all counsel), as signed by all counsel, shall be delivered to the Court by **September 6, 2013.**  The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel no later than **August 5, 2013.**  Defendant's portion of the proposed order shall be prepared and returned to counsel for plaintiff no later than **August 19, 2013.**

      2.   Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under F<small>ED</small>. R. C<small>IV</small>. P. 16(b), and whether adversary counsel agree with the application.  The schedule set herein will not be extended unless good cause is shown.

      **TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.** F<small>ED</small>. R. C<small>IV</small>. P. 16(d).

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER OR APPEAR AT THE CONFERENCE MAY RESULT IN IMPOSITION OF SANCTIONS UNDER** F<small>ED</small>. R. C<small>IV</small>. P. 16(f).

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc:  Hon. Joseph E. Irenas