**NOTICE OF TRIAL**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL FRENCH                                        :

       vs.                                          :

                                                  CIVIL #11-01009 (RBK)

TROOPER J.T. SQUIRE-TIBBS, etc.         :

                                            :
-------------------------------------

       **TAKE NOTICE**, the above captioned action has been listed for **TRIAL** before the Hon. Robert B. Kugler, USDJ on **November 18, 2013**, at 9:30 AM, Courtroom #4D, Mitchell H. Cohen US Courthouse, 1 John F. Gerry Plaza, 4th & Cooper Sts., Camden, NJ.

       The above date is **realistic** and should be considered **firm.** Therefore, **no requests** for adjournment will be considered.

       In the event that a trial is in progress, the trial may be adjusted. Counsel are advised that they may have to proceed on short notice, *i.e.* 48 hours or less. The Court relies on the cooperation of counsel in its efforts to try their civil cases expeditiously. In any event, counsel, litigants, and parties **must be present** on the above date prepared to conduct serious discussion of settlement.

       You are further advised that the unavailability of expert witnesses **will not be considered** as an excuse for an adjournment. If a conflict is anticipated, please take appropriate steps for that witness' testimony to be presented on video-tape.

       Trial briefs and requests for charge (proposed findings of facts and conclusions of law - non-jury actions) **must be submitted ten (10) days** prior to the trial date, that is **November 8, 2013.** In the absence of a complete revision of the Scheduling Order, this deadline **must be complied with even if the trial date is adjusted. Failure to comply with this directive, without prior approval of the Court, may result in the imposition of sanctions under Rule 16(f), Federal Rules of Civil Procedure.**

(over)

All requests for adjournments or extensions of any of the above deadlines must be directed to Judge Kugler's Courtroom Deputy, Barbara Fisher.

The court will provide video equipment, upon request in writing, two (2) weeks prior to trial <u>only</u> if such equipment is available.

If you have any questions, I can be reached at (856) 968-4834.

<u>**YOU ARE REMINDED THAT ANY CHANGES IN TRIAL COUNSEL AND/OR ADDRESSES MUST BE FILED WITH THE COURT.**</u>

WILLIAM T. WALSH, Clerk

Date: October 16, 2013

By: _____
Deputy Clerk

cc: Hon. Robert B. Kugler, USDJ
    Hon. Karen Williams, US Magistrate Judge
    Graham F. Baird, Esq.
    Matthew B. Weisberg, Esq.
    Christopher R. Pauldino, Esq.
    File